United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HOUSTON REAL ESTATE PROPERTIES, LLC, | ) ) | Case No. 22-32998 |
| | ) | Chapter 7 |
| Debtor. | ) ) | |
| | ) | |
| 2727 KIRBY 26L LLC<br>9201 MEMORIAL DR. LLC AND<br>SHEPHERD-HULDY DEVELOPMENT I, LLC, | ) ) ) ) | |
| Plaintiffs | ) | ADVERSARY NO. 24-3091 |
| | ) | |
| VS. | ) | |
| | ) | |
| CYPRESS BRIDGECO, LLC AND<br>MAGNOLIA BRIDGECO, LLC | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Based upon the announcement of counsel at the pretrial conference held on July 15, 2024, and/or Plaintiffs Motion to Dismiss, (ECF No. 8) this adversary is dismissed and closed. Any party may move to reopen this case.

**SO ORDERED.**

Signed: July 15, 2024

Jeffrey P. Norman
United States Bankruptcy Judge