United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-32998 |
| HOUSTON REAL ESTATE PROPERTIES LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| 2727 KIRBY 26L LLC, 9201 MEMORIAL DR. LLC, AND SHEPHERD-HULDY DEVELOPMENT I, LLC, | § | |
| Plaintiffs, | § | |
| VS. | § | ADVERSARY NO. 24-3091 |
| CYPRESS BRIDGECO, LLC, MAGNOLIA BRIDGECO, LLC, AND GARY LANCASTER, | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Hearing is set on the Emergency Motion to Expunge Lis Pendens (ECF No. 25) at 2:30 p.m. on December 19, 2024, in Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas. The response deadline is 5:00 p.m. on December 17, 2024. Requested relief that is unopposed by written response prior to the response deadline may be ruled on without the necessity of a hearing. The Court may grant or deny any relief sought in any motion/application or objection without hearing based on responsive pleadings. The movant shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service; or file and serve a hearing notice within 24 hours, which must include the response deadline.

Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.[1]

**SO ORDERED**.
  SIGNED 12/11/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman